# IN THE SUPREME COURT OF TEXAS

No. 12-0419

IN RE  BLUE SKY GOLDEN FPS, LTD., RELATOR

ON PETITION FOR WRIT OF MANDAMUS

**ORDER**

1.      The motion to abate appeal, filed on December 7, 2012, is granted, and this case is **ABATED** pursuant to Texas Rule of Appellate Procedure 7.2.

2.      This case is removed from the Court's active docket until further order of this Court. The parties shall timely notify this Court of all events affecting the status of this case, including when the successor judge has ruled in accordance with Texas Rule of Appellate Procedure 7.2(b). The parties shall file either a status report or a motion to dismiss by **February 19, 2013**..

Done at the City of Austin, this 19th day of December, 2012.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Michael A. Cruz, Deputy Clerk